Certificate Number: 14912-PR-DE-027752675

Bankruptcy Case Number: 16-04043



14912-PR-DE-027752675

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2016, at 5:32 o'clock PM EDT, Adalberta Acevedo completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: July 14, 2016

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor